ETTLINGER et al., Appellants, v. KRAMER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Elsie H. Ettlinger and others against Albert J. Kramer and others, impleaded, etc. A. S. Bacon, of New York City, for ap-

pellants. H. W. Unger, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1114.

